IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    v.

DERRICK PARKS,

        Defendant.

CRIMINAL ACTION
NO. 17-296-01

## ORDER

**AND NOW**, this 1st day of February 2021, upon consideration of Defendant Derrick

Parks' Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No.

132) and the Government's Response in Opposition to Defendant's Motion (Doc. No. 133), it is

**ORDERED** that Defendant's Motion (Doc. No. 132) is **DENIED**.


BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.