IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DERRICK PARKS, <br> Defendant. | CRIMINAL ACTION <br> NO. 17-296-01 |

## ORDER

**AND NOW**, this 21st day of April 2023, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 141), and the Government's Response in Opposition (Doc. No. 143), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion for Compassionate Release (Doc. No. 141) is **DENIED**.

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.